IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | ORDER |
| v. | 05-cr-169-bbc |
| CHRISTOPHER BERRY, | |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Defendant Christopher Berry has filed a motion with the court, dkt. 45, in which he asks the court to order the assignment of a different probation officer and to reduce or eliminate the requirement that he spend the first 180 days of his supervised release in a halfway house. Both motions will be DENIED.

Chief Probation Officer Kent Hanson has addressed both motions in his letter to defendant dated November 18, 2009, dkt. 47. I am satisfied with Chief Hanson's assessment of the situation involving defendant's Minnesota probation officer and will therefore take no action on defendant's request for a new probation officer.

As to defendant's motion to eliminate the requirement that he spend the first 180 days of his supervised release in a half way house or to reduce the period of the placement,

1

I am not persuaded that doing either would be beneficial to defendant or to the community. Of course, the Bureau of Prisons could reach a different decision on the matter of pre-release placement. Such a decision would be within its discretion.

ORDER

IT IS ORDERED that defendant Christopher Berry's motions for assignment of a different Minnesota probation officer and to reduce or eliminate the requirement that he spend the first 180 days of his supervised release in a halfway house are DENIED.

Entered this 20th day of November, 2009.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge